**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ELEKTRA ENTERTAINMENT GROUP INC.,
a Delaware corporation; ARISTA RECORDS LLC,
a Delaware limited liability company; SONY BMG
MUSIC ENTERTAINMENT, a Delaware general
partnership; UMG RECORDINGS, INC., a Delaware
corporation; LOUD RECORDS LLC, a Delaware
corporation; and MOTOWN RECORD COMPANY,
L.P., a California limited partnership                                   PLAINTIFFS

VS.                                                      CIVIL ACTION NO. 3:07cv00294-DPJ-JCS

JESSICA HUGHES                                                          DEFENDANT

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "That Name," on album "Mountain High Valley Low," by artist "Yolanda Adams" (SR# 278-575);

- "Just Be A Man About It," on album "The Heat," by artist "Toni Braxton" (SR# 287-194);

73092.1

- "You Rock My World," on album "Invincible," by artist "Michael Jackson" (SR# 304-780);
- "5 Steps," on album "Dru Hill," by artist "Dru Hill" (SR# 227-760);
- "Billie Jean," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);
- "Diggin' On You," on album "CrazySexyCool," by artist "TLC" (SR# 198-743);
- "Remember The Time," on album "Dangerous," by artist "Michael Jackson" (SR# 178-165);
- "Pussy Pop," on album "40 Dayz 40 Nightz," by artist "Xzibit" (SR# 246-589);
- "Bag Lady," on album "Mama's Gun," by artist "Erykah Badu" (SR# 295-614);
- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**SO ORDERED AND ADJUDGED** this the 25th day of October, 2007.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

73092.1        2

Submitted by:

s/ Heather White Martin

Heather White Martin (M.B. No. 101601)
Balch & Bingham L.L.P.
401 East Capitol Street, Suite 200
Jackson, Mississippi 39201-2608
Phone: (601) 965-8174
Fax: (866) 883-6419

ATTORNEY FOR PLAINTIFFS